**FILED**
February 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-CR-0353-FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MARICRUZ CECENA ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARICRUZ CECENA; Case 2:06-CR-0353-FCD from custody subject to the following conditions:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other)  Defendant is ordered to time served. Dft is ordered released to the custody of her probation officer on Friday, 2/23/07 at 8:00 a.m. to be transported for in-house drug treatment program.

Issued at  Sacramento, CA  on  2/22/07   at        2:10 P.M.       .

By _____
Hon. Frank C. Damrell, Jr.
United States District Judge